UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-50096-01 |
| VERSUS | : | JUDGE HICKS |
| RONALD KING | : | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court are the government's motions to dismiss [Doc. Nos. 176, 177] the petitions to claim forfeited money filed by Tiffany King and Veronica King. The government contends that the petition filed by Tiffany King [Doc. No. 165] and the petition filed by Veronica King [Doc. No. 166] are insufficient under 21 U.S.C. § 853(n). Specifically, the government contends that the petitions were not signed under oath and do not provide sufficient detail regarding the nature of the claimants' interests. With no opposition to the motions to dismiss having been filed, the Court agrees with the government that the petitions are insufficient under Section 853(n).

Accordingly,

**IT IS ORDERED** that the government's motions to dismiss [Doc. Nos. 176, 177] are hereby **GRANTED**, and that the petitions filed by Tiffany King [Doc. No. 165] and Veronica King [Doc. No. 166] are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 6th day of August, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE