RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/24/07
BY ᗞᵐ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-50096 |
| VERSUS | : | JUDGE HICKS |
| RONALD KING | : | MAGISTRATE JUDGE HORNSBY |

## FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on May 22, 2007, ordering defendant RONALD KING to forfeit the following the following properties:

a.  $43,754 in United States currency;

b.  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements located at 4233 Ridgeway Avenue, Shreveport, Louisiana 71107, more particularly described as: Lot 184 and West one-half of Lot 183, LAKEVIEW EXTENSION, NO. 1, a subdivision of the City of Shreveport, Caddo Parish, Louisiana, as per plat recorded in Book 150, Pages 330 and 340, of the Conveyance Records of Caddo Parish, Louisiana;

c.  CZ75P01 9 mm Luger pistol, SN M4077, with storage case;

d.  Taurus PT 92 AFS 9mm pistol, SN TTH63494, with magazine;

e.  Taurus PT 92 AF 9mm pistol, SN TTH63348, with magazine;

f.  Taurus PT 100 AF .40 caliber pistol, SN 03549, with magazine;

g.  Taurus PT 111 9mm pistol, SN TVA44884;

h.  Actuators and other electronic equipment related to the operation of a secret compartment removed from a 1998 Honda Accord; and

i.  Actuators and other electronic equipment related to the operation of a secret compartment removed from a 2000 Nissan Frontier Pickup Truck.

Notice of the Preliminary Order of Forfeiture was given by the United States by publication on June 8, 15 and 22, 2007 in the Shreveport Times, a Shreveport newspaper of general circulation, and on August 14, 21 and 27, 2007 in the Daily Commercial Record, a Dallas newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Direct notice was served upon the following: Ronald King on June 6, 2007; Veronica King on June 13, 2007; and Tiffany King on June 7, 2007.

On June 25, 2007, Petitioners Tiffany King and Veronica King each filed a petition alleging an interest in the Subject Property and seeking an amendment of the Preliminary Order of Forfeiture.

Based on the Court's Order filed on August 6, 2007, Petitioners, Tiffany King and Veronica King, failed to establish, by a preponderance of the evidence, that they have a right, title or interest in the Subject Property.

On September 10, 2007, Petitioner Chase Manhattan Mortgage Corp. filed a petition alleging an interest in the property listed in paragraph "b" below and seeking an amendment of the Preliminary Order of Forfeiture. The United States has agreed to pay the note of Chase Manhattan Mortgage Corp. from the proceeds of the sale of the property listed in paragraph "b," settling its claim.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Preliminary Order of Forfeiture entered in the above captioned action on May 22, 2007, is final, this Court having found that the defendant RONALD KING convicted in the case had an

interest in the forfeitable property under Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853, and all right, title and interest to the following properties:

a. $43,754 in United States currency;

b. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements located at 4233 Ridgeway Avenue, Shreveport, Louisiana 71107, more particularly described as: Lot 184 and West one-half of Lot 183, LAKEVIEW EXTENSION, NO. 1, a subdivision of the City of Shreveport, Caddo Parish, Louisiana, as per plat recorded in Book 150, Pages 330 and 340, of the Conveyance Records of Caddo Parish, Louisiana;

c. CZ75P01 9 mm Luger pistol, SN M4077, with storage case;

d. Taurus PT 92 AFS 9mm pistol, SN TTH63494, with magazine;

e. Taurus PT 92 AF 9mm pistol, SN TTH63348, with magazine;

f. Taurus PT 100 AF .40 caliber pistol, SN 03549, with magazine;

g. Taurus PT 111 9mm pistol, SN TVA44884;

h. Actuators and other electronic equipment related to the operation of a secret compartment removed from a 1998 Honda Accord; and

i. Actuators and other electronic equipment related to the operation of a secret compartment removed from a 2000 Nissan Frontier Pickup Truck

is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

The United States has clear title to all the property as set forth in Preliminary Order of Forfeiture dated May 22, 2007, excluding the property listed in paragraph "b." The property in paragraph "b" will be sold subject to the mortgage owned by Chase Manhattan Mortgage Corp. with an approximate balance of $42,774.31. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal's Service, 300 Fannin Street, Suite 1202, Shreveport, Louisiana 71101.

Shreveport, Louisiana, this 24th day of October, 2007.

S. MAURICE HICKS, JR.
United States District Judge